# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161726(28)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC: 161726
                              COA: 353468
                              Saginaw CC: 18-045345-FH;
                                      18-045410-FC

ADRIAN LAMONT WILLIAMS,
       Defendant-Appellant.
_____/

On order of the Chief Justice, the fourth motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 2, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2021



Clerk